**Motion GRANTED and Order filed October 1, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00747-CV
_____

### IN RE ROBERT H. KIDD IV, ROBERT H. KIDD III, AND KIDD PROPERTY MANAGEMENT, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-39775**

---

## ORDER

On September 26, 2019, relators Robert H. Kidd IV, Robert H. Kidd III, and Kidd Property Management, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Daryl L. Moore, Judge of the 333rd District Court, in Harris County, Texas, to set aside his order dated July 30, 2019,

striking the counter-affidavit of relators' expert entered in trial court number 2018-39775, styled *Brandon Salazar, et al. v. Robert H. Kidd III, et al.*

Relators have also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10.  On September 26, 2019, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted.  We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the commencement of trial in trial court number 2018-39775, *Brandon Salazar, et al. v. Robert H. Kidd III, et al.*, **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests Brandon Salazar and Olga Galvez, the real parties-in-interest, to file a response to the petition for writ of mandamus on or before **October 16, 2019**.  *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.